# FORM   A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER**
**UNDER 42 U.S.C. § 1983 or**
Rev. 10/10      **UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

FILED

JAMES J. VILT, JR. - CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

MAY 14 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

STEVEN KENDER

_____

_____

(Full name of the Plaintiff(s) in this action)

v.

MEADE COUNTY DETENTION
CENTER AND
J.J. SCARBOROUGH
AND
BECCA WEBSTER

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:26CV-353-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

## I.   PARTIES

(A)  **Plaintiff(s).**  Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status.  Repeat this procedure for each additional Plaintiff named, if any.

(1)  Name of Plaintiff: STEVEN KENDER

Place of Confinement: MEADE COUNTY DETENTION CENTER

Address: 516 HILLCREST DRIVE, BRANDENBURG, KY 40108

Status of Plaintiff: CONVICTED (_)   PRETRIAL DETAINEE (✓)

(2)  Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _J. J. SCARBOROUGH_ is employed

as _JAILER_ at _MEADE COUNTY DETENTION CENTER_

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2) Defendant _BECCA WEBSTER_ is employed

as _CHIEF DEPUTY_ at _MEADE COUNTY DETENTION CENTER_

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(3) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

(5) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (____) individual and/or (____) official capacity.

## II.    PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action?  YES (____) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):    _____

_____

Defendant(s):    _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III.    STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I WAS TORTURED IN THE MEADE COUNTY DETENTION CENTER. I WAS PUT INTO SOLITARY CONFINEMENT AND STRIPPED OF ALL MY WHITES, INCLUDING SOCKS AND UNDERWEAR. EXTREME COLD TEMPERATURES WERE THEN PURPOSELY PUMPED INTO THE VENTS CONSTANTLY. I WAS NOT GIVEN ANY RELIGIOUS MATERIALS TO READ AND WAS FORCED TO STARE AT A WALL 24/7 FOR 37 DAYS. WITH FROZEN FEET, I HUDDLED INTO MY STRIPES. PUNISHMENT THRU CLIMATE CONTROL IS NOTHING LESS THAN TORTURE. SHEIKS & SCREAMS ARE HEARD DOWN THE HALLS FROM THE WEAK MINDED. WHEN THE "HOLE" IS EMPTY, TEMPERATURE IN THE ENTIRE JAIL IS WARMER AND THE VENTS BLOW INTERMEDIATELY, STARTING AND STOPPING INSTEAD OF RUNNING CONSISTANTLY.

THIS IS A CLEAR VIOLATION 4 TO THE 8th AMENDMENT TO THE CONSTITUTION ON CRUEL AND UNUSUAL PUNISHMENT. IT IS INHUMANE CONDITIONS OF SOLITARY CONFINEMENT WITH SUBSTANDARD SHELTER & LACK OF ADEQUATE HEATING AND COOLING.

## III. STATEMENT OF CLAIM(S) continued

MY CONSTITUTIONAL RIGHTS WERE VIOLATED BECAUSE THIS TORTURE CAME AFTER I FILED A GRIEVANCE AGAINST THE NIGHT GUARD, KYLE. IN JUNE, 2025, I FELL OFF THE TOP RACK SEVERELY BRUSING MY BACK AND HIP WHEN I HIT THE METAL TABLE. IT WAS 8:00 P.M. SHIFT CHANGE WHEN GUARDS KYLE & JOHN DID THEIR WALK THRU. SEEING ME ON THE FLOOR, KYLE OFFERED TO GIVE ME A "TEA BAG" INSTEAD OF HELPING ME UP. THEY BOTH LAUGHED BECAUSE A "TEA BAG" MEANS TO PUT ONES GENATALIA ONTO SOMEBODY'S FOREHEAD. I FILED A MEDICAL REQUEST AND GRIEVANCE BECAUSE NOT ONLY WAS IT DEMORALIZING BUT ALSO THE "ARPN" ON DUTY TOLD ME IN A RESPONSE TO "JUST TAKE TYLENOL". SHE DIDN'T PHYSICALLY SEE MY HUGE INJURY TIL 4 DAYS LATER AFTER I HAD OTHER STAFF (TRACY DECKER) TAKE PICTURES. FELLOW INMATES ANTHONY STOUT AND ERIC SIMONDISKI WITNESSED THE ENTIRE EVENT OF MY FALL AND HUMILIATION BY THE GUARDS. CONSEQUENTLY, I WAS SENT TO ISOLATION FOR 30 DAYS IN AUGUST, 2025 AND 7 DAYS IN MARCH, 2026 FOR FALSE MINOR INFRACTIONS.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ _____

___✓___ grant injunctive relief by _STOPPING THE TORTURE OF INMATES_

___✓___ award punitive damages in the amount of $ _500,000_

___✓___ other: _ALL COURT COSTS AND ANY RELIEF THE COURTS DEEM FIT._

## V. DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _1_ day of _APRIL_____, 20_26_

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

STEVEN KENDERSON 17070
MEADE COUNTY DETENTION CENTER
516 HILLCREST DRIVE
BRANDENBURG, KY 40108

FILED
JAMES J. VILT, JR. - CLERK

MAY 14 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

601 W. BROADWAY RM 106
GENE SNYDER UNITED STATES COURTHOUSE
LOUISVILLE KY 40202

LOUISVILLE KY 400
12 MAY 2026 PM 2  L

UNITED STATES
OF AMERICA
FOREVER/USA